UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES V MCCLAIN III,<br><br>    Plaintiff,<br><br>  v.<br><br>BOEING COMPANY, et al.,<br><br>    Defendant. | CASE NO. C07-567 RSM |
| CHARLES V MCCLAIN III,<br><br>    Plaintiff,<br><br>  v.<br><br>BOEING COMPANY, et al.,<br><br>    Defendant. | CASE NO. C08-613-RSM<br><br>ORDER ON MOTIONS TO RECUSE |

    This matter comes before the Court under Local General Rule 8(c). Plaintiff has two cases pending in front of U.S. District Judge Ricardo S. Martinez. In both matters, Plaintiff moved for Judge Martinez to recuse himself. *See* Dkt. No. 126 (C07-567-RSM) and Dkt. No.

- 1

1  75 (C08-613-RSM).  Judge Martinez declined to recuse himself voluntarily and the matter was

2  referred to the Chief Judge.  *See* Dkt. No. 136 (C07-567-RSM) and Dkt. No. 81 (C08-613-RSM).

3  Plaintiff's request is therefore ripe for review by this Court.

4        The standards for recusal are well known.  Although a judge must recuse himself if a

5  reasonable person would believe that he is unable to be impartial (<u>Yagman v. Republic</u>

6  <u>Insurance</u>, 987 F.2d 622, 626 (9th Cir. 1993)), a litigant may not use the recusal process to

7  remove a judge based on adverse rulings in the pending case:  the alleged bias must result from

8  an extrajudicial source (<u>United States v. Studley</u>, 783 F.2d 934, 939 (9th Cir. 1986)).

9        Plaintiff's motions are based entirely on Judge Martinez's rulings in Plaintiff's two

10 matters before him, which Plaintiff contends are in error and adverse to his position.  Plaintiff

11 has alleged no extrajudicial source of prejudice.  If he believes that Judge Martinez has issued

12 erroneous rulings in his matter, he may request review by means of motions for reconsideration

13 or appeal to the Ninth Circuit Court of Appeals; he is not entitled to have Judge Martinez recuse

14 himself or be otherwise removed from these cases.

15       Plaintiff's motions to recuse Judge Martinez in both matters are DENIED.

16

17       The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

18       Dated this 20th day of March, 2012.

19

20

21                                     Marsha J. Pechman

22                                     Chief United States District Judge

23

24